Exhibit 2

**FORENSIC DIMENSIONS**
MEDICAL DIAGNOSTIC SERVICES--ORLANDO
1630 BRIDGEWATER DRIVE
HEATHROW, FLORIDA 32746
(407) 333-3512

*William R. Anderson MD*                          *M. A. Raven, RN*

**PVT-13**
**Autopsy Examination**

REPORT OF FORENSIC DIAGNOSTIC CONSULTATION

PATIENT:    JOHNSON, KENDRICK

AGE: 17         SEX: M

| | | | |
|---|---|---|---|
| DATE/DEATH: | 01/11/13 FOUND | TIME/EXAM: | 11:30 |
| DATE/EXAM : | 06/15/13 | REQUEST/BY: | JACQUELYN JOHNSON |
| DATE/REPORT: | 08/15/13 (ADDENDUM 09/21/18) | | |

ANATOMIC PATHOLOGIC FINDINGS:

1. Blunt Force Trauma, Right Neck
   a. acute hemorrhage soft tissues of upper neck
   b. acute peri-osteal hemorrhage, posterior body, right mandible
   c. areas of acute hemorrhage involving carotid artery bifurcation, and carotid body

2. Blunt Force Trauma, Right Thorax*
   a. acute hemorrhage, soft tissues and intercostal musculature

3. Review of initial autopsy: ME01984 4000101-13
   a. pulmonary findings c/w rapid onset death
   b. findings not consistent with positional asphyxia

CAUSE OF DEATH:

BLUNT FORCE TRAUMA, RIGHT NECK, INVOLVING RIGHT MANDIBLE, AND SOFT TISSUES, INCLUDING THE AREA OF THE CAROTID BODY, CONSISTENT WITH INFLICTED INJURY

*BLUNT FORCE TRAUMA, RIGHT ANTERO-LATERAL THORAX

NOTE: UNEXPLAINED, APPARENT NON-ACCIDENTAL, BLUNT FORCE TRAUMA: FURTHER INVESTIGATION IS INDICATED TO DETERMINE THE ETIOLOGY OF THE INJURIES.

WILLIAM R. ANDERSON MD, PATHOLOGIST

Appendix I  P. 103

## REPORT OF FORENSIC DIAGNOSTIC CONSULTATION

### GROSS ANATOMICAL EXAMINATION:
The autopsy is performed at the request of Jacquelyn & Kenneth Johnson in the Robert Bryant Funeral Home, prosector: Dr. William R Anderson, assisted by: Ms. Lynetta Oxendine. (*Second autopsy at Brown Funeral Home.)

### IDENTIFICATION:
The identification of the body is made by funeral home identification tags.

### CLOTHING & PERSONAL EFFECTS:
The body is received in a silver metal casket and dressed in red shirt, under shirt, black slacks, sport shoes, wrist watch, and plastic undergarment.

### SCARS, TATTOOS, & SPECIAL FEATURES:
Examination of the victim shows no significant areas of scarring or the presence of tattoos. There are no needle tracks or other cutaneous needle puncture sites other than those associated with medical therapy.

### GENERAL STATEMENT:
The body is that of a normally developed, moderately well-nourished Black male appearing the stated age of 17 years, measuring 70" in length, and weighing approximately 160 lbs. The body has been previously embalmed and a prior autopsy has been performed. Evidence of moderate decomposition is noted, most prominent in the facial area. Areas of skin slippage are identified on the chest, abdomen and extremities, bilaterally, c/w post-mortem artifact. There is good preservation of the soft tissues of the musculo-skeletal system.

### EXTERNAL EXAMINATION:
The hair is black; the eyes are autolyzed. The conjunctival membranes exhibit no pallor, petechiae, or icterus. There is no periorbital trauma or edema.
The dentition is natural. There is no trauma to the lips or frenulae. (See Description of Injuries.)
The neck is normally formed, with no deformities. (See Description of Injuries.)
The chest is bilaterally symmetrical with no increase in the AP diameter, or width of the intercostal spaces. The breasts are normal male, with no masses or trauma.
The abdomen shows a moderate amount of subcutaneous fat, with no distention.
Genitalia are normal adult male, with no trauma.
The extremities are normally formed, with no evidence of muscle wasting, or edema. The skin shows no diffuse or discrete lesions, and no areas of abnormal pigmentation.

Appendix I  P. 104

**SPECIAL PROCEDURES:**
The following special procedures are performed: Toxicology: None; Forensic Analysis: None; Hematology: None; Microbiology: None; Histology: Representative tissue sections are submitted.

**DESCRIPTION OF INJURIES:**
Examination of the head and neck shows an area of contusion injury involving the right mandibular area, with moderate discoloration of the skin. Examination of the previously undissected area and sectioning of the skin reveals evidence of full-thickness cutaneous hemorrhage, extending into the subcutaneous fat.

Further dissection into the deep soft tissue reveals hemorrhage into the musculature with extension to the peri-osteal region of the inferior aspect of the posterior body of the right mandible. Focally, an area of intra-osseous hemorrhage is identified in an area of moderately prominent peri-osteal and soft tissue hemorrhage.

Examination of the right upper-neck reveals hemorrhage in the deep soft tissue and musculature adjacent to the bifurcation of the right common carotid artery and carotid body.

Examination of the soft tissues of the left neck area reveals no grossly-evident areas of hemorrhage.

*Examination of the area of discoloration involving the right anterior thorax reveals areas of possible hemorrhage into the soft tissues and intercostal musculature.

*Examination of the skin and soft tissues of the anterior left lower mandible area reveals areas of possible hemorrhage into the musculature.

**INTERNAL EXAMINATION:**
VISCERA REMOVED AT INITIAL AUTOPSY IS NOT PRESENT WITH THE BODY

**MICROSCOPIC EXAMINATION:**
*TISSUE SAMPLES COLLECTED 06/30/2018

**SOFT TISSUES: NECK**
Microscopic examination of the soft tissues reveals areas of extravasated RBC's in specimens "A" and "B" taken from the right neck, as well as sections of mandible and soft tissues of the right neck. IHC stain for Hemoglobin B-chain, decorates the areas of extravasation in tissues showing moderate autolytic changes secondary to prolonged post-mortem interval. Specimen "C" taken from the soft tissues of the left neck show a few foci of extravasated RBC's, with no areas of significant aggregation of blood..

**SOFT TISSUES: RIGHT THORAX ***
Microscopic examination of the soft tissues reveals areas of extravasated RBC's in 2 of 3 specimens obtained from the right thoracic area. (Muscle adjacent to these areas reveals no hemorrhage.)s

## MICROSCOPIC EXAMINATION (CONT'D):

SOFT TISSUES: JAW *
Microscopic examination of the soft tissues reveals no confirmed areas of extravasated RBC's in 2 of 2 specimens obtained from the right mandibular area.

ME01984 4000101-13 (GBI )
Microscopic examination of the tissue slides received from the initial autopsy reveals moderately autolyzed tissues:

HEART:
   autolysis; no interstitial or replacement type fibrosis; no inflammation; no intraparenchymal hemorrhage; no necrosis; no vasculitis; no degenerative changes

LUNGS:
   autolysis; no inflammation in alveolar spaces or interstitial tissue; no bronchial inflammation; no atypia; no significant edema

PANCREAS:
   severe autolysis; no masses; no inflammation; no hemorrhage

LIVER:
   autolysis; no fatty metamorphosis; no acute inflammation; no necrosis or hepatocellular degeneration

SPLEEN & LYMPH NODES:
   autolysis; no reactive germinal follicles;

ADRENAL GLANDS:
   autolysis ; no masses; no inflammation; no hemorrhage

KIDNEYS:
   autolysis; no glomerular, tubular or vascular lesions; no inflammation

BRAIN:
   autolysis; no hemorrhage; no hypoxic or degenerative changes; no inflammation;



Appendix I  P. 107



Appendix I  P. 108



Appendix I P. 109



Appendix I  P. 110



Appendix I P. 111



Appendix I  P. 112



Appendix I P. 113



Appendix I  P. 114



Appendix I  P. 115



Appendix I  P. 116