# Exhibit 3

| SO - Lowndes County Sheriff's Office Narrative Report | |
|---|---|
| Report No. 13-01-01520.1 | **1** Page 1 of 1 |

### REPORT NARRATIVE

On January 11, 2013 at 7:45 am, I received a missing person report from Sgt Craig Robey. The report stated at 0030, Jacquelyn Johnson reported her son, Kendrick Lamar Johnson missing. At approximately 8:00 am, I arrived at Lowndes High School and asked the school secretary, Jane Vickers to call teacher, Bobby Wilson, in his classroom and verify Johnson's absence. When Johnson was confirmed not at school, I printed color pictures of Johnson. At that time, the principal's secretary, Arabi Hall, notified me that there was a mother that wanted to meet with me in reference to her son missing. I proceeded to the principal's office where I met Jackie and her daughter, Kenyetta Johnson. They both verbally stated that he has no girlfriends and that he does not particularly hang around any sole person. Kenyetta verbally stated that his closest companion was                 . After discovering that           had been suspended, I asked dispatch to send the zone 4 unit, Deputy McCartny, to contact           at his residence. After Jackie proceeded to the guidance counselor's office, McCarthy informed me that he made contact with .           and that he stated he has not seen or heard from Johnson since school.

On January 11, 2013 at 10:32 am, I was dispatched to the old gym for a code blue. At 10:35 am, I and Deputy Kerry Quinn arrived. I observed students running out of the gym and overheard them saying "that was a dead body." As I approached the southwest corner of the gym, I detected a mild odor of a corpse. The complainant, Phillip Pieplow, was bent over north of the body and verbally said "I don't think anybody can help him." I and Quinn proceeded to the corner and I observed a blue cheerleader mat lying horizontal and rolled up to approximately a 3' diameter. In the center of the roll pointing north, I observed two feet with socks wearing denim jeans. We had to move three mats to get to the other end of that cheerleader mat. In the center of the roll facing south, I observed a black male torso and head wearing white, exposed down to his rib cage. Both arms partially obstructed the face and were moderately stiff. The facial area was severely disfigured and swollen. The only identifying feature to the victim that I observed was the long dread locks.

Soon after, three firefighters arrived on scene and began tending to the body. Not far behind, two paramedics arrived on scene and one verbally stated "rigor has already set in." At 10:43 am, I advised the dispatcher "109D" and asked for him to alert the detectives. I directed Quinn to establish a crime scene log while I monitored the two entrances. Soon after, the incident was turned over to Investigator Jack Winningham.

On January 12, 2013 at 9:00 pm, I sent the dispatcher a request to remove Kendrick Lamar Johnson from GCIC/NCIC as a missing person.

| Report Author<br>SO8103 - ADAMS, MICHAEL | | Approved By<br>SO3108 - JONES, STRYDE |
|---|---|---|
| Report Date<br>1/13/2013 4:51:33 PM | | Approved Date<br>1/14/2013 9:52:36 AM |

Printed: May 2, 2013 - 2:54 PM

*LCSO - K. Johns*