# Exhibit 6

Case id: **2013-4000101**

ON FRIDAY, 01/11/13, AT APPROXIMATELY 1730 HOURS, DEATH INVESTIGATION SPECIALIST GERARDO MORALES LIC. # 901615 WAS CONTACTED BY BILL WATSON OF THE LOWNDES CO. CORONER'S OFFICE (229) 560-1685 REGARDING THE DEATH OF KENDRICK JOHNSON. THE DECEDENT IS DESCRIBED AS A 17-YEAR-OLD AFRICAN-AMERICAN MALE. THE CORONER PROVIDED AND INVESTIGATOR MIKE CALLAHAN OF THE LOWNDES CO SO REPORTED THE FOLLOWING INFORMATION SURROUNDING THE DEATH:

THE DECEDENT WAS DISCOVERED UNRESPONSIVE INSIDE A ROLLED GYM MATTRESS IN HIS SCHOOL GYM BY SEVERAL OTHER STUDENTS.

THOUGH THE INCIDENT WAS UNWITNESSED, AUTHORITIES BELIEVE THE DECEDENT DROPPED HIS SHOES INSIDE A ROLLED MAT THAT WAS PROPPED AGAINST THE WALL AND ATTEMPTED TO RETRIEVE THEM BY REACHING INTO THE MAT. SEVERAL MATS WERE AGAINST THE WALL, EACH STANDING SEVEN FEET IN HEIGHT.

AT THE TIME OF THIS REPORT, IT WAS UNKNOWN IF THE DECEDENT WAS ALONE IN THE GYM, AND IF HE HAD ANY MEDICAL CONDITIONS OR TAKING ANY MEDICATIONS.

AN EXAMINATION OF THE DECEDENT BY THE LOCAL AUTHORITIES DID NOT REVEAL THE PRESENCE OF ANY EXTERNAL TRAUMA.

THE SCENE DID NOT REVEAL ANY SIGNS OF FOUL PLAY AND NO FOUL PLAY IS SUSPECTED AT THIS TIME. NO SIGNS OF ANY ILLICIT DRUGS AND/OR ALCOHOL WERE PRESENT AT THE SCENE.

DIS GERARDO MORALES

1/14/2013

THE PRELIMINARY FINDINGS WERE RELAYED TO LOCAL AUTHORITIES. SCENE PHOTOS AND A TIME LINE WAS REQUESTED BY DR KRAFT. EVIDENCE WAS TURNED INTO THE LAB.

R.D.BRYAN

1/16/2013----1010 hrs

LT JONES OF THE LOWNDES CO S.O. WAS CONTACTED ABOUT THIS CASE. THE DECEDENT WAS SEEN ON THE SCHOOL VIDEO GOING INTO THE GYM AROUND 1300 HRS ALONE. THE VIDEO DID NOT SHOW ANY OTHER CHILDREN OR STAFF IN THE GYM WITH THE DECEDENT AT THAT TIME. THE DECEDENT WAS REPORTED MISSING BY HIS PARENTS AFTER MIDNIGHT ON 1/10/2013 WHEN HE DID NOT RETURN HOME. THERE WAS A BACK DOOR TO THE GYM BUT SCHOOL OFFICIALS STATED IT STAYED LOCKED; IN ADDITION, A VIDEO FOOTAGE OF THAT AREA INDICATED NO ONE CAME IN OR OUT OF THE DOOR.

LT JONES STATED THE DECEDENT'S SHOES WHICH HE WAS WEARING AT THE TIME OF THE DEMISE WERE LOCATED INSIDE THE MAT WITH THE BODY.

R.D.BRYAN

CASE ADMINISTRATIVELY REVIEWED. BML, 01/23/13