# Exhibit 8



Case 1:26-cv-01212-SEG    Document 1-8    Filed 03/03/26    Page 3 of 3



Case 1:26-cv-01212-SEG    Document 1-8    Filed 03/03/26    Page 3 of 3