# Exhibit 10

Kendrick Appearance Change Progression - January 10 - 13, 2013

Upon arrival at school



Found in Lowndes County HS gym



State medical examination



Upon arrival at funeral home



## HAROLD L. LEE INVESTIGATIONS
P.O. Box 23013 Jacksonville, Florida 32241
Direct Telephone (904) 699-4768
Fax (904) 731-0012

LIC [        ]                                                          LIC [        ]   b6
                                                                                         b7C

Date: February 21, 2013

To: [        ]
510 West Broad Avenue, Suite C
Albany, Georgia 31701

From: [        ]

Re: Kendrick Johnson (Deceased)

[        ]

[        ] stated that on the 11th of January 2013 he was on the telephone with a GBI agent when the agent asked him what was going on at the county high school. [        ] had no idea what was happening at the high school. Around 3:30 P.M., that afternoon [        ] received a telephone call from the Lowndes County Sheriff's Office regarding a death at the Lowndes County High School. When he arrived at the school he was directed to the old gymnasium. The gym was where the body was located rolled in a mat lying on the floor. There were several officers from the Lowndes County Sheriff's Office and the Valdosta Police Department present. Numerous individuals were going in and out of the building that was not law enforcement. An investigator for the Sheriff's Office told him that the boy in the mat had fallen into the mat attempting to retrieve his shoes. [        ] notice that the arms on the body were not stretched above the head but was down by the side of the body. The entire body was in the mat. [        ] told the investigator that he was going to have the body taken to the lab in Macon, Georgia for an autopsy and that the body would be stored at a local funeral home inside a cooler until Monday. The investigator told [        ] that an autopsy was not needed because the death was an accident. The investigator also told [        ] that the body should be taken to the city Morgue. A detective with the Valdosta Police Department got permission for the body to be stored at their facility. On Monday [        ] had the body transported to the lab in Macon. [        ] believes that the body was placed inside the mat. He had the body taken to the lab for an autopsy because he needs a cause of death before he can sign a certificate of death.

b6  
b7C

[        ] b6
         b7C