# Exhibit 12



# ELLIOTT BLACKBURN
ATTORNEYS AT LAW

November 9, 2023

Kenneth L. Johnson
2800 Tydnall Drive
Valdosta, GA 31602

Re: Open Records Act request

Dear Mr. Johnson:

This is to respond to your November 7, 2023 request to Lowndes County Sheriff's Office under the Georgia Open Records Act for records regarding Kendrick Johnson. Your request was received on November 8, 2023.

**Please be advised that Open Records Act requests by civil litigants for records that are sought as part of or for use in any ongoing civil litigation against an agency shall be made in writing and copied to counsel of record for that agency contemporaneously with their submission to that agency. See OCGA §50-18-71(e). Therefore, your ongoing civil litigation against the Sheriff's Office requires that you copy me with any Open Records Act requests submitted to the Sheriff's Office. Please govern yourself accordingly.**

The EMT report you requested was previously provided to you, through counsel, in May 2013. Regardless, I provided a courtesy copy of the report for your convenience and at no cost to you under cover of letter dated November 4, 2023. The copy we sent to you was a duplicate of the report we have on file and is legible. We have enclosed an additional copy of the report and it is likewise legible.

Sincerely,

s/Jim Elliott
James L. Elliott

cc: mary@elliottblackburn.com
    sorecords@lowndescounty.com

3016 North Patterson Street | Valdosta, GA 31602
(229) 242-3333 | contact@elliottblackburn.com



13011520

**Peace Officer Signature**

Transfer of Patient Custody to Law Enforcement
I, a Peace Officer, have taken the above named person into my custody. I hereby take responsibility for personal effects and care of above named person.

☑ I Agree    ☐ I Disagree    ☐ Not Applicable

**Witness**
I acknowledge that I have witnessed the patient/guardian sign this Patient Care Report.

☐ I Agree    ☐ I Disagree    ☑ Not Applicable

Signature

Printed Name: Quinn, Kenny LCSO          Date: 01/11/2013

**Technician**

Technician
I acknowledge that I have provided the above assessments/treatments for this patient.

☑ I Agree    ☐ I Disagree    ☐ Not Applicable

**Ambulance Crew Member Statement**
My signature below indicates that, at the time of service, the patient was physically or mentally incapable of signing, and that none of the authorized representatives were available or willing to sign on the patient's behalf.

☑ I Agree    ☐ I Disagree    ☐ Not Applicable

Signature

Printed Name: NICHOLAS TOMLINSON          Date: 01/11/2013
Reason Pt. Unable to Sign: deceased

**Valuables**
Valuables Not Applicable

Inc. Date: 01/11/2013    Patient Name: Johnson, Kendrick L.    South Georgia Medical Center Mobile Healthcare Service    Page: 5
Incident #: 300290    Account #:                                 Date Printed: 05/01/2013 08:25

LCSO - KJ - Unredacted 401



13011520

| 10:42 | 0/0 | 0, | 0 Absent | | 3 | | x | 4 | 0 | |

### Glasgow Coma Score

| Date/Time | Glasgow Eye Opening | Glasgow Verbal | Glasgow Motor | Glasgow Coma Score |
|---|---|---|---|---|
| 10:42 | 1 | 1 | 1 | 3 |

### Past Medical History

| MEDICATION ALLERGIES | Generic Name | Description |
|---|---|---|
| Unable to Obtain Allergies | Unable to Obtain Allergies | |

| Environmental/Food Allergies | | Description |
|---|---|---|
| Not Known | | |

| Patient Medications | Generic Name | Dosage |
|---|---|---|
| Unable to Obtain Patient Medications | Unable to Obtain Patient Medications | |

Medical Surgery History
Unable to Obtain PMH

| History Primarily Obtained From | Pregnancy | Advanced Directives | | | Practitioner Name |
|---|---|---|---|---|---|
| | | Not Applicable | | | |

### Procedures and Treatments

| Time | Crew Name | Location | Size of Equipment | Attempts | Response | Success | Comments |
|---|---|---|---|---|---|---|---|

### Medication Administered

| Time | Crew | Medication | Route | Dosage | Response | PTA | Comments |
|---|---|---|---|---|---|---|---|

### ECG Monitor

| Time | ECG Type | ECG Lead | ECG Interpretation | ECG Ectopy | Cause For Change |
|---|---|---|---|---|---|

### Assessment Exam

Time of Assessment: 2013-01-11T10:48:00-05:00
Abdomen-left-lower:
Abdomen-left-upper:
Abdomen-right-lower:
Abdomen-right-upper:
Back-cervical:
Back-lumbar:
Back-thoracic:
Chest: Absent Lung Sounds-Right Side, Absent Lung Sounds-Left Side
Ext-left-low:
Ext-left-up:
Ext-right-low:
Ext-right-up:
Eyes-left:
Eyes-right:
GU:
Head:
Heart: Not Available
Mental: Unresponsive
Neck:
Nasro:
Skin: Cold, Lividity, Mottled

Inc. Date: 01/11/2013
Incident #: 300390
Patient Name: Johnson, Kendrick L.
Account #:
South Georgia Medical Center Mobile Healthcare Service
Page: 2
Date Printed: 05/01/2013 06:25

CamScanner

<3>

</3>


