Exhibit 13

44A-AT-3888194 Serial 31

-1 of 2 -

FD-302 (Rev. 5-8-10)

### FEDERAL BUREAU OF INVESTIGATION

Date of entry    01/02/2014

On December 12, 2013, _____    **b6**
_____    **b7C**
_____ was interviewed at the
HAHIRA MIDDLE SCHOOL, 101 South Nelson Street, Hahira, Georgia 31632. Also
present during the interview was _____
_____
After being advised of the identities of the interviewing agents and the
nature of the interview, _____ voluntarily provided the following
information:

_____ On
January 10, 2013, they were supposed to practice in the old gym at 5:00 pm.
The basketball teamed warmed up in the old gym approximately 30 minutes
before their game. _____ believed the wrestling team used the gym after
the basketball team. They had one mat in the center of the gym for
practice. The Color Guard initially practiced in the band room and then sat
in the hall waiting to get into the gym. At approximately 6:45 pm, the
Color Guard headed to the gym for practice. They put a tarp down to protect
the floor. They ran through their show two times and then left at
approximately 7:45 pm.

While they were sitting in the hall waiting to get into the gym,
_____ let an unknown, black male into the building. He went straight up
the ramp away from the gym. _____ described him as a very skinny, nerdy    **b6**
looking, black kid, with thick, dark rimmed glasses. _____ believed he    **b7C**
was in the ninth or tenth grade. According to _____ he was definitely
not KENDRICK JOHNSON.

During practice, _____ hit herself in the face and nose with a
rifle, which produced a lot of blood. She was on the far end of the gym,
near the basketball goal, and dripped a trail of blood from that end of the
gym to the girls' bathroom outside of the gym.

_____ normally video taped their practices, but on January 10, 2013,
they were using their telephones for music for the routine.

_____ indicated none of the girls were near the vertical mats in the

---

Investigation on  12/12/2013  at  Hahira, Georgia, United States (In Person)

File #  44A-AT-3888194                                  Date drafted  12/16/2013

by  _____    **b6**
                                                 **b7C**
This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.